PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.                                                          )<br>)<br>**Salvador ZAVALA**                                   )<br>) | **Docket Number:  2:03CR00348-03** |

On March 29, 2004, the above-named was placed on supervised release for a period of three years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**

Dated:       August 30, 2006
             Sacramento, California
             KMM:jz

REVIEWED BY:      /s/   Kyriacos M. Simonidis
                  **KYRIACOS M. SIMONIDIS
                  Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:    Salvador ZAVALA**
**       Docket Number:  2:03CR00348-03**
**       ORDER TERMINATING SUPERVISED RELEASE**
**       PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Salvador Zavala be discharged from supervised release, and that the proceedings in the case be terminated.


September 6, 2006                    /s/ Frank C. Damrell Jr.
**Date**                              **Frank C. Damrell, Jr.**
                                     **Senior United States District Judge**


Attachment:   Recommendation
cc:    United States Attorney's Office

Rev. 03/2005
PROB35.MRG